# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1756
Lower Tribunal No. 19-5959

————————

## 5725 Lagorce Partners, LLC,
Appellant,

vs.

## 5AIF Maple 2 LLC,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Marrero, Chamizo, Marcer Law, LP, and Julio C. Marrero, for appellant.

John L. Penson, P.A., and John L. Penson, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Tanis v. HSBC Bank USA, N.A., 289 So. 3d 517, 522 (Fla. 3d DCA 2019) ("'[I]t is essential that no sale be set aside for trifling reasons, or on account of matters which ought to have been attended to by the complaining party prior thereto,' as appellants were apprised of the pendency of the action, thus afforded an opportunity to object, we ascertain no abuse of discretion in the ruling of the trial court") (quoting Pewabic Mining Co. v. Mason, 145 U.S. 349, 356 (1892)). See also Volynsky v. Park Tree Invs. 21, LLC, 322 So. 3d 714, 716 (Fla. 3d DCA 2021) ("[T]he trial court afforded Volynsky both notice and a meaningful opportunity to be heard, satisfying the essential elements of due process") (citing § 45.031(8), Fla. Stat. (2021)).